**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | | |
|---|---|---|---|
| **In Re:** | * | | |
| **JULIE D. WHITE AND WILLIAM T. WHITE** | * | **Case No.** | **11-17736 NVA** |
| | * | **Chapter** | **7** |
| **Debtors** | * | | |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | * | | |
| **WILLIAM T. WHITE** | * | | |
| | * | | |
| **Plaintiff** | * | | |
| | * | **Adv. No.** | **11-00504 NVA** |
| | * | | |
| **vs.** | | | |
| **KIMBERLEY D. WALSH** | | | |
| | * | | |
| | * | | |
| **Defendant** | | | |

### SCHEDULING ORDER

The parties having agreed to the dates set forth in this Scheduling Order and to this order serving as the initial pretrial conference in this matter, and for good cause, IT IS HEREBY ORDERED, THAT:

1.    Expert witnesses and reports are to be disclosed and furnished by **November 19, 2011.**

2.    Discovery is to be completed by **November 19, 2011.**

3.      Dispositive motions by any party are to be filed by **November 19, 2011.**

4.      A status report from counsel setting forth fully the status of the case is due on N/A.

5.      The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel by **December 12, 2011.**

### INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED.

Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number.  Each exhibit shall be tabbed by exhibit number.

**IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

6.      Exhibits not objected to in writing by **December 26, 2011** will stand as admitted into evidence.

7.      All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1(b) by **December 12, 2011.**

8.      A final pre-trial conference will be held on N/A.

9.      Trial time estimate is one day.

10.     **TRIAL IS SET FOR January 11, 2012 at 10:00 a.m. at in Courtroom 2-A.**

11.     No jury trial is demanded.


**All parties are advised to review carefully Local Rule 9018-1 concerning their obligations to limit the introduction of private information and to review transcripts to redact private information.**


NVA Form --3/1/07

### End of Order

## ATTACHMENT TO THE SCHEDULING ORDER

## INSTRUCTIONS FOR PRETRIAL MEMORANDA

**A.  Each plaintiff shall set out a brief statement of facts to be proven in support of plaintiff's claims and a separate statement of the legal theories supporting each claim.**

**B.  Each defendant shall set out a brief statement of facts to be proven as a defense to each claim and a separate statement of the legal theories in support of each affirmative defense.**

**The following items must be supplied by all parties:**

**1.  Where applicable, similar statements shall be filed with respect to a counter-claim, cross claim or third-party claim and defense thereto.**

**2.  All parties must file a statement of claims and defenses no longer prosecuted.**

**3.  Stipulations of fact by the parties are encouraged to shorten trial time and to obviate the necessity of calling witnesses solely for the purposes of authentication of undisputed facts.**

**4.  Damages claimed must be stated in detail as of the date of the pre-trial memorandum and, if applicable, a precise statement of any other relief sought.**

**5.  List separately each document or other exhibit that may be offered in evidence other than those expected to be used solely for impeachment.**

**6.  List the name of each witness expected to be called on the party's behalf, other than a witness who may be called solely for impeachment purposes.  Give address and telephone number of each witness listed.**

**7.  List the name and area of expertise of each expert that the party proposes to call as a witness.**

**8.  If any portion of a deposition will be offered by a party in its case in chief, identify the date, line numbers and pages of the deposition.  Any other party must make a counter-designation as under Rule 32(a)(4) Fed.R.Civ.P.**